JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN HSENG LIAO,<br><br>    Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, Warden,<br><br>    Respondent. | Case No. CV 10-5691 JGB (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 9, 2014

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE